■ PEOPLE v FERNANDO MATOS. [644 NYS2d 966] —Motion deemed to be a motion for reargument, and said motion is granted to the extent of vacating this Court's unpublished decision and order entered on April 23, 1996 (Appeal No. 57624) and the appeal is dismissed as abated by defendant-appellant's death, and the matter is remanded to the trial court for purpose of vacatur of the judgment of conviction. Concur—Murphy, P. J., Sullivan, Ellerin, Nardelli and Mazzarelli, JJ.

■ ZKZ ASSOCIATES LP v CNA INSURANCE COMPANY et al. [644 NYS2d 965] —Motion for resettlement of the order of this Court entered on April 11, 1996 (226 AD2d 193) is granted, as indicated. Concur—Sullivan, J. P., Ellerin, Wallach, Kupferman and Mazzarelli, JJ.

■ In the Matter of ISRAEL G. GROSSMAN (Admitted as ISRAEL GEDALIAH GROSSMAN), a Disbarred Attorney. [644 NYS2d 966] —Respondent's motion confirming the Hearing Panel's Report denying petitioner's application for reinstatement is granted; petitioner's cross-motion rejecting the Report is denied. No opinion. Concur—Ellerin, J. P., Wallach, Rubin, Kupferman and Ross, JJ.